**NOT FOR PUBLICATION**

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| AMGAD A. HESSEIN, M.D., <br><br> Plaintiff, <br><br> v. <br><br> UNION COUNTY PROSECUTOR'S OFFICE, <br><br> Defendant. | Civil Action No. 19-14165 (SDW)(LDW) <br><br> **ORDER** <br><br> October 7, 2020 |

**THIS MATTER** having come before this Court upon *pro se* Plaintiff Amgad A. Hessein's ("Plaintiff") Motion for Default Judgment, filed on October 2, 2020 (D.E. 12); and

**WHEREAS** this Court dismissed Plaintiff's Complaint, granting him leave to amend, on September 29, 2020 (D.E. 11); and

**WHEREAS** Plaintiff has not first sought entry of default pursuant to Rule 55(a) of the Federal Rules of Civil Procedure;

**IT IS, on this 7th day of October, 2020**,

**ORDERED** that the Motion for Default Judgment (D.E. 12) is **DENIED**.

**SO ORDERED**.

    /s/ Susan D. Wigenton  
**United States District Judge**

Orig: Clerk  
cc: Parties  
     Leda D. Wettre, U.S.M.J.